IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 11-CR-529, Case Name U.S. v. Figueroa Vasquez, et al.
Party Represented by Applicant: Ezio Figueroa Vasquez

FILED
2016 JUN -7 P 12:58

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Gustavo J. Garcia-Montes
Bar Identification Number 986320        State Florida
Firm Name Gustavo J. Garcia-Montes, PA
Firm Phone # 305-666-2880        Direct Dial # 305-666-2880        FAX # 786-662-3011
E-Mail Address ggm@agmlawgroup.com
Office Mailing Address 2333 Brickell Ave. Suite A-1, Miami FL 33129

Name(s) of federal court(s) in which I have been admitted Southern District of Florida, Middle District of Florida, Northern District of

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
JUAN MILANES
(Typed or Printed Name)

6/6/16
(Date)

33218
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

/s/
Anthony J. Trenga
United States District Judge
(Judge's Signature)

June 8, 2016
(Date)