IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:11-cr-529 (AJT) |
| | ) |
| EZIO BENJAMIN FIGUEROA VASQUEZ | ) |

**ORDER**

Upon the motion of the United States, there being no objection from defendant Ezio Benjamin Figueroa Vasquez, it is hereby ORDERED that the indictment pending against defendant Ezio Benjamin Figueroa Vasquez is dismissed with prejudice. It is further ORDERED that the indictment against defendant Hassein Eduardo Figueroa Gomez remains in full force and effect.

Entered in Alexandria, Virginia, this 8th day of March, 2018.

/s/
Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Judge